UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY OF BERKELEY RENT STABILIZATION BOARD, | Case No. 18-cv-07371-HSG |
|---|---|
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT** |
| v. | |
| RICHARD FOX, et al., | Re: Dkt. No. 3 |
| Defendants. | |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion to Remand is GRANTED. The Clerk is directed to remand this case to the Alameda County Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: January 2, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge